**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01162-CNS

JUAN CARLOS MEMBRENO PORTILLO,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Facility, Aurora, Colorado,
GEORGE VALDEZ, in his official capacity as Denver Field Office Director for U.S. Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary of Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,
PAMELA BONDI, in her official capacity as Attorney General of the United States,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on April 29, 2026, [ECF No. 19] and March 30, 2026, [ECF No. 15], it is

ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 29th day of April, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/   J. Dynes

J. Dynes, Deputy Clerk